■ TODD D. COOK et al., Appellants-Respondents, v SUSAN E. HILL, as Trustee of the SUSAN E. HILL REVOCABLE LIVING TRUST, et al., Respondents-Appellants, et al., Defendants. [9 NYS3d 910]—Appeal and cross appeal from an order of the Supreme Court, Ontario County (William F. Kocher, A.J.), entered October 15, 2014. The order, inter alia, denied the motion of plaintiffs and the cross motion of defendants-respondents for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Sconiers, Valentino and DeJoseph, JJ.

■ MORGAN RV PARK MANAGEMENT, LLC, et al., Respondents, v COMM 2006-C8 RV PARK MASTER SPE, LLC, Appellant, et al., Defendant. [9 NYS3d 910]—Appeal from an order of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered November 6, 2014. The order granted the motion of plaintiffs for a preliminary injunction and enjoined defendant Comm 2006-C8 RV Park Master SPE, LLC, from drawing down a certain letter of credit.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on May 12, 2015,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Smith, Sconiers, Valentino and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEVAN SIMMONS, Appellant. [9 NYS3d 911]—Appeal from a judgment of the Supreme Court, Monroe County (Alex R. Renzi, J.), rendered March 6, 2013. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Carni, Valentino and Whalen, JJ.